UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TRIUMPH CHRISTIAN CENTER, INC. | § | CASE NO. 10-41239 |
| | § | (Chapter 11) |
| Debtor | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE
9010(b) COMBINED WITH REQUEST FOR ALL COPIES
PURSUANT TO BANKRUPTCY RULE 2002(a) and (b)**

**Assemblies of God Foundation,** a Missouri nonprofit corporation, hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon its attorney-of-record:

Michael J. Smith
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Telephone: (713) 800-8608
Facsimile: (713) 622-1026
Email: msmith@csrslaw.com

This request for notices encompasses all notices, copies and pleadings, including, without limitation, to those referred to in Bankruptcy Rules 2002 or 9007, and notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

[K:\Wpmain\23907\136310\Notice of Appear.wpd]

1

Respectfully submitted this 13TH day of December, 2010.

**CHERNOSKY, SMITH, RESSLING & SMITH, PLLC**

/s/ MICHAEL J. SMITH
MICHAEL J. SMITH
TBA No. 18650880
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Telephone:    (713) 800-8608
Facsimile:    (713) 622-1026
Email: msmith@csrslaw.com
**Attorneys for Assemblies of God Foundation**

## CERTIFICATE OF SERVICE

I, Michael J. Smith, hereby certify that a true and correct copy of the foregoing Notice of Appearance Under Bankruptcy Rule 9010(b) Combined with Request for all Copies Pursuant to Bankruptcy Rule 2002(a) and (b) has been served upon the parties listed below by electronic mail, and/or by first class mail, postage prepaid, on the 13th day of December, 2010:

**DEBTOR:**
Triumph Christian Center, Inc.
P.O. Box 17897
Sugar Land, TX 77496-7897
*Via First Class Mail*

**DEBTOR'S COUNSEL:**
Karen R. Emmott
4615 Southwest Fwy, Suite 500
Houston, TX 77027
Telephone: (713) 739-0008
Facsimile: (713) 481-6262
Email: karen.emmott@sbcglobal.net
*Via Electronic Notice*

**U.S. TRUSTEE:**
Stephen Joseph Statham
Office of U.S. Trustee
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 708-4650
Telephone: (713) 718-4680
Email: stephen.statham@usdoj.gov
*Via Electronic Notice*

/s/ Michael J. Smith
MICHAEL J. SMITH