```
KAREN R. EMMOTT
ATTORNEY AT LAW
4615 Southwest Freeway
Suite 500
Houston, Texas 77027
```

Triumph Christian Center, Inc.

File No.10-828

| Date | Description | Time | Amount |
|---|---|---|---|
| 01/02/11 | Email to atty for FCR re meeting to discuss debt; review of response | .20 | 60.00 |
| 01/05/11 | Review of Ft. Bend Co. Proof of Claim | .10 | 30.00 |
|  | Review of notice of appearance filed by Harris Co. | .10 | 30.00 |
| 01/12/11 | Letter re 341 mtg; review of 341 notice; email to client re same | .50 | 150.00 |
|  | Conference with client and Clarissa Waxton re initial debtor package; conference with client | 1.50 | 450.00 |
|  | Review of email from FCR atty re construction records; t/c with client re same | .20 | 60.00 |
| 01/26/11 | Email from client re FCR debt | .10 | 30.00 |
| 01/27/11 | Review of notice of appearance filed by City of Rosenberg | .10 | 30.00 |

1

| | | | |
|---|---|---|---|
| 01/31/11 | Review of email from FCR atty re construction records; response to same | .10 | 30.00 |
| | **TOTAL HOURS/FEES** | **2.90** | **870.00** |
| | **TOTAL FEES** | | **$870.00** |

**LAWYER RENDERING LEGAL SERVICES - KAREN R. EMMOTT @ $300.00 PER HOUR**

**EXHIBIT D**